UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE MCMASTER, et al.,

    Plaintiffs,

v.

COUNTY OF WAYNE, et al.,

    Defendants.

Case No. 2:25-cv-11218
Hon. Terrence G. Berg
Magistrate Elizabeth A. Stafford

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS JACQUELINE MCMASTER ET AL. TO RESPOND TO DEFENDANTS CITY OF TAYLOR, CITY OF ECORSE, CITY OF ALLEN PARK, CITY OF FLAT ROCK, CITY OF DEARBORN AND CITY OF GARDEN CITY CITY OF LINCOLN PARK AND CITY OF HARPER WOODS' MOTIONS TO DISMISS COMPLAINT**

This Stipulation having come before the Court upon the parties' agreement that Plaintiffs Jacqueline McMaster et al. shall have until October 24, 2025 to respond to Defendants City of Taylor, City Of Ecorse, City of Allen Park, City of Flat Rock, City Of Dearborn , City of Garden City,(ECF No.14);City of Lincoln Park (ECF No.27) and the City of Harper Woods (ECF No.28), Motions to Dismiss the Plaintiffs' Second Amended Complaint.

IT IS HEREBY ORDERED that Plaintiffs Jacqueline McMaster et al. have until October 24, 2025, to respond to the Defendants City of Taylor, City of Ecorse, City of Allen Park, City of Flat Rock, City of Dearborn and City of Garden City,

(ECF No.14);City of Lincoln Park (ECF No.27) and the City of Harper Woods' (ECF No. 28) Motions to Dismiss the Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: October 17, 2025

                                            s/Terrence G. Berg
                                            Terrence G. Berg
                                            UNITED STATES DISTRICT JUDGE

Stipulated and Agreed to:

| /s/Scott F. Smith | /s/John J. Gillooly (with Consent) |
|---|---|
| Scott F. Smith (P28472) | John J. Gillooly(P41948) |
| *Counsel for Plaintiffs* | Attorney for Defendant |
| | City of Lincoln Park |
| /s/ Joseph Couvreur (with Consent) | /s/ Sharron Dewaele-Persichini |
| Joseph Couvreur (P73513) | Sharron Dewaele-Persichini(P43712) |
| *Counsel for Defendants* | *Attorney for Defendant* |
| City of Taylor | City of Harper Woods |
| City of Ecorse, | |
| City of Allen Park | |
| City of Flat Rock | |
| City of Dearborn | |
| City of Garden City | |